IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSON J. KIRLEIS,<br>　　　Plaintiff,<br><br>　　v.<br><br>DICKIE, McCAMEY & CHICOLTE, PC<br>　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 06-1495<br>)<br>)<br>)<br>) |

### O R D E R

Defendant has moved to vacate this court's order denying its motion to dismiss and seeking limited discovery. Defendant has not provided any compelling reasons to vacate this court's prior ruling and to provide for piecemeal litigation. After discovery is completed, defendant will have the opportunity to file a dispositive motion on all relevant issues.

Therefore, this 30th day of August, 2007, IT IS HEREBY ORDERED that Defendant's Motion to (1) Vacate Initial Scheduling Order, (2) Vacate Denial of Defendant's Motion to Dismiss the Complaints of Plaintiff and to Compel Arbitration, and (3) Enter an Order for Limited Discovery on the Employer/Employee and Arbitration Issues Followed by the Filing of Dispositive Motions on Those Issues [document #56] is DENIED.

BY THE COURT:

_____, J.

cc:　All Counsel of Record