IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSON J. KIRLEIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-cv-01495-GLL |
| DICKIE, McCAMEY & CHILCOTE, PC | ) ) *ELECTRONICALLY FILED* |
| Defendant. | ) ) |

### ORDER OF COURT

AND NOW, to-wit, this 25th day of Sept, 2007, upon consideration of Plaintiff's Motion for Leave to File Documents under Seal, it is hereby Ordered that said motion is Granted and plaintiff Alyson J. Kirleis may file under seal Exhibits "1" and "2" to her Motion to Compel Discovery.

Gary L. Lancaster
United States District Judge