AND NOW, THIS 13th DAY OF Oct 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS **DENIED**.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSON J. KIRLEIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DICKIE, McCAMEY & CHILCOTE, PC ) <br> ) <br> Defendant. ) | Civil Action No. 06-cv-01495-GLL <br><br> *ELECTRONICALLY FILED* |

## PLAINTIFF'S MOTION FOR ORDER PURSUANT TO PENNSYLVANIA RULE OF PROFESSIONAL CONDUCT 4.2

AND NOW, comes plaintiff Alyson J. Kirleis ("Kirleis") by her attorneys Friedman and Friedman, and moves the Court for an order pursuant to Pennsylvania Rule of Professional Conduct 4.2 authorizing her counsel to communicate directly with current shareholders of defendant Dickie, McCamey & Chilcote, PC ("DMC"), and support thereof states, as follows:

1. The instant action involves claims by plaintiff Kirleis against defendant DMC of unlawful pay disparity arising out of defendant DMC's discriminatory conduct against plaintiff Kirleis on the basis of her gender.

2. Consequently, this case involves, *inter alia*, the comparison of wages paid to shareholders of defendant DMC, the basis for differences in wages paid to different shareholders and the reasons why some persons believe the pay disparity is justified in relation to the pay of other persons who appear to be similarly situated to plaintiff Kirleis.