IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSON J. KIRLEIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-01495-GLL |
| ) | |
| DICKIE, McCAMEY & CHILCOTE, PC ) | *ELECTRONICALLY FILED* |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, to-wit, this 13th day of Oct, 2007, upon consideration of Plaintiff's Motion to Compel Discovery and defendant's response thereto, it is hereby Ordered that Plaintiff's Motion to Compel Discovery is Granted. Defendant Dickie, McCamey & Chilcote, PC is hereby Ordered to submit responses to Plaintiff's Interrogatories directed to Defendant Dickie, McCamey & Chilcote and plaintiff's First Request for Production of Documents, Electronically Stored Information and Things directed to defendant Dickie, McCamey & Chilcote within ten (10) days of the date of this Order.

Gary L. Lancaster
U.S. District Judge